**Order entered July 31, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00362-CR
No. 05-18-00363-CR
No. 05-18-00364-CR

**JOHN F. SEAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-44837-P, F17-44838-P & F17-44846-P**

## ORDER

On May 2, 2019, we ordered appellant to file his brief by May 31, 2019. We cautioned appellant that the failure to do so would result in these cases being submitted without appellant's briefs. To date, appellant has not filed a brief nor has he communicated with the Court regarding the appeals.

We **ORDER** these appeals submitted without appellant's brief. An opinion will issue in due course.

/s/     LANA MYERS
        JUSTICE